IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MINNIE M. YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 105-154 |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| LABOR: DEEOIC et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims are **DISMISSED** without prejudice and this case is **CLOSED**.[1]

SO ORDERED this 16th day of December, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] As this case is dismissed, the "Motion for Discovery" attached to the objections is **DENIED**.